11359

STATE v. HENDERSON

(120 S. E., 235)

CRIMINAL LAW—IN ABSENCE OF REQUEST, INSTRUCTION ON CIRCUMSTAN-
TIAL EVIDENCE HELD SUFFICIENT.—A charge that defendant's guilt
must be established beyond a reasonable doubt *held* to sufficiently
cover the law of circumstantial evidence, in the absence of a re-
quest to charge along that line.

Before JOHNSON, J., Spartanburg, Spring Term, 1923.
Affirmed.

Maggie Henderson was convicted of violating the Prohi-
bition Law and she appeals.

*Messrs. C. P. Sims* and *L. G. Southard,* for appellant,
cite:   Const., 1895, Art. 5, Sec. 26; Art. 1, Sec. 29.

*Mr. I. C. Blackwood, Solicitor,* for the State.

December 7, 1923.

The opinion of the Court was delivered by MR. JUSTICE
COTHRAN.

The defendant was convicted of a violation of the Prohi-
bition Law (Cr. Code 1922, §§ 820-888), and appeals upon
the ground that, as the evidence for the State was both posi-
tive or direct and circumstantial, the presiding Judge erred
in not charging the law of circumstantial evidence.   No re-
quest to charge along that line was submitted.

The presiding Judge charged the jury that it was incum-
bent upon the State to establish the guilt of the defendant
beyond a reasonable doubt.   The particular principle of
law applicable to circumstantial evidence is embraced in this
general charge, an amplification of it, and if the defendant
desired the benefit of such amplification, a request to that
effect would doubtless have been granted.   *State v. Hendrix,*
86 S. C., 64; 68 S. E., 129.

The judgment of this Court is that the judgment of the
Circuit Court be affirmed.